United States District Court
Southern District of Texas
**ENTERED**
November 10, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MOQUITA QUINAN, individually and on behalf of all others similarly situated | § § § |
| VS | § CIVIL ACTION NO. 4:21-2296 |
| JET LENDING, LLC | § § § |

### ORDER OF DISMISSAL

In accordance with the Stipulation of Dismissal filed on November 7, 2022 (Doc. No. 33), this case is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party will bear their on costs and fees.

SIGNED at Houston, Texas, this ___10th___ day of November 2022.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE